WRIT NO. WR-77,491-04                    77,491-04

EX PARTE RANDOLPH          IN THE COURT OF CRIMINAL APPEALS

V.                         _____ JUDICIAL DISTRICT

STATE OF TEXAS             SITTING IN AUSTIN, TEXAS

## OBJECTION TO COURT'S ORDER

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Now comes Applicant, John K. Randolph, contends that the State court adopting the State's Proposal was in error because the two(2) sentences in dispute were ran concurrent by the trial court. Upon a plea agreement the aggravated portion of the offense was abandoned "dismissed" by the State. Applicant was convicted under the former law which allowed for him to have a "mandatory supervision" release date, i.e., when the aggravated portion of the sentence was dismissed applicant's offense qualified for a mandatory supervision release date. The order to deny applicant his right to a mandatory supervision release date is in error and should not be sustained by this court.

WHEREFORE, Applicant, John K. Randolph, objects to order to deny his State habeas petition and request that this court order the trial court to state whether the aggravated portion of the charged offense was dismissed thus qualifying applicant's sentence to be eligible for a mandatory supervision release date.

Respectfully submitted.

John K. Randolph
Inmate No. 572432
O. B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

## Certification Of Service

Applicant, John K. Randolph, does hereby certify that the Objection is true and correct for processing on or around Wednesday the 27th day of May 2015 in accordance with Tex. Crim. App. Rules and Procedures.

John K. Randolph

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 29 2015
Abel Acosta, Clerk